**Order entered June 25, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00116-CR

**CLETERRION DENGELO MOSBY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-75925-V**

## ORDER

Based on the Court's opinion of this date, we **GRANT** the January 4, 2019 motion of Sharita Blacknall for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Sharita Blacknall as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Cleterrion Dengelo Mosby, TDCJ No. 02222201, Beto Unit, 1391 FM 3328, Palestine, Texas, 75880.

/s/      DAVID L. BRIDGES
         JUSTICE